UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MAKEDA ALLEN-FRANCIS,

                     Plaintiff,

-against-

THE CITY OF NEW YORK, RIVERBAY CORPORATION
and CO-OP CITY DEPARTMENT OF PUBLIC SAFETY,

                     Defendants.
-------------------------------------------------------------------X

**APPEARANCE**

*Civil Action No.* 1:14-cv-01738-SAS

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

> Defendants Co-op City Department of Public Safety, an incorrect entity erroneously sued and named and Riverbay Corporation

    I certify that I am admitted to practice in this court.

Date:   March 18, 2014

SMITH MAZURE DIRECTOR WILKINS YOUNG
& YAGERMAN, P.C.

_____
Signature

MICHAEL V. KUNTZ
Print Name

MK1230
Bar Number

111 John Street
New York, NY  10038
Address

(212) 964-7400
Phone

(212) 374-1935
Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was mailed by first class mail, postage prepaid, this March 18, 2014, to all counsel of record as indicated on the service list below.

_____
MICHAEL V. KUNTZ
For the Firm

## SERVICE LIST

The City of New York
100 Church Street
New York, NY 10007
(212) 669-4445

David Horowitz, P.C.
276 Fifth Avenue, Suite 306
New York, NY 10001
(212) 684-3630/(212) 685-8617 (F)
Attorney for Plaintiff
Makeda Allen Francis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAKEDA ALLEN-FRANCIS,

                              Plaintiff,

        -against-

THE CITY OF NEW YORK, RIVERBAY CORPORATION and CO-OP CITY DEPARTMENT OF PUBLIC SAFETY,

                              Defendants.

*Civil Action No.* 1:14-cv-01738-SAS

## APPEARANCE

**SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C.**
Attorneys for Defendants
Co-op City Department of Public Safety, an incorrect entity erroneously sued and named and Riverbay Corporation
111 John Street
New York, NY 10038
(212) 964-7400
RB-00124

MVK/bpp
RB-00124/31