UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MAKEDA ALLEN-FRANCIS,

                        Plaintiff,

    -against-

THE CITY OF NEW YORK, RIVERBAY CORPORATION
and CO-OP CITY DEPARTMENT OF PUBLIC SAFETY,

                       Defendants.

-----------------------------------------------------------------------X

**DEMAND FOR JURY TRIAL**

Docket No. 14-CV-01738(SAS)

       **PLEASE TAKE NOTICE** that the undersigned demands a trial by a jury in the above-entitled action.

Dated: New York, New York
March 14, 2014

*Yours, etc.,*

SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C.

_____
MICHAEL V. KUNTZ
For the Firm
Attorneys for Defendants
Co-op City Department of Public Safety, an incorrect entity erroneously sued and named and Riverbay Corporation
111 John Street
New York, NY  10038
(212) 964-7400
Our File No. RB-00124

TO:

The City of New York
100 Church Street
New York, NY  10007
(212) 669-4445

David Horowitz, P.C.
Attorney for Plaintiff
Makeda Allen Francis
276 Fifth Avenue, Suite 306
New York, NY  10001
(212) 684-3630/(212) 685-8617 (F)

MVK/mvk
30