UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MAKEDA ALLEN-FRANCIS,

                    Plaintiff,

    -against-

THE CITY OF NEW YORK, RIVERBAY
CORPORATION and CO-OP CITY DEPARTMENT
OF PUBLIC SAFETY,

                  Defendants.
------------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF APPEARANCE**
Civil No.: 14 Civ. 1738 (SAS)

    PLEASE TAKE NOTE, that the law office of David Horowitz, P.C. represents the plaintiff in the above action. I am the assigned attorney.

Dated: New York, New York
       March 19, 2014

                            DAVID HOROWITZ, P.C.
                            By: _____
                            WILLIAM J. SANYER (2867)
                            Attorneys for Plaintiff
                            276 Fifth Avenue, Suite 306
                            New York, New York 10001
                            (212) 684-3630
                            Email: wjsanyer@aol.com and
                            Email: horowitzpc@covad.net

TO:   Smith, Mazure, Director, Wilkins
       Young & Yagerman, P.C.
       Attorneys for Defendants
       RIVERBAY CORPORATION and COOP CITY
       DEPARTMENT OF PUBLIC SAFETY, an incorrect entity erroneously sued and named
       111 John Street
       New York, New York 10038
       212-964-7400 & File#: RB-00124

       ZACHERY W. CARTER
       Corporation Counsel
       Attorney for The City of New York
       100 Church Street, 4th Floor
       New York, New York 10007
       CITY FILE#: 2014-003527
       212-669-4445

14 Civ. 1738 (SAS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAKEDA ALLEN-FRANCIS,

                Plaintiff,

-against-

THE CITY OF NEW YORK, RIVERBAY
CORPORATION and CO-OP CITY DEPARTMENT
OF PUBLIC SAFETY,

                Defendant(s)

## PLAINTIFF'S NOTICE OF APPEARANCE

### DAVID HOROWITZ, P.C.

*Attorneys for Plaintiff*
276 Fifth Avenue - Suite 306
New York, New York 10001
212-684-3630

*Dated: March 19, 2014*

Signature: _____
Print Signer's Name: William J. Sanyer (2867)

To:

Service of a copy of the within
is hereby admitted.
Dated,

....................................................................
Attorney(s) for

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     )SS:
COUNTY OF NEW YORK )

Sonia Fernandez, being duly sworn, deposes and says; I am not a party to this action, am over 18 years of age and reside in Brooklyn, New York, County of Kings.

    That on the 19th day of March, 2014, I served the within

    Plaintiff's Notice of Appearance

    by depositing a true copy of same securely enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to:

Smith, Mazure, Director, Wilkins
Young & Yagerman, P.C.
Attorneys for Defendants
RIVERBAY CORPORATION and COOP CITY
DEPARTMENT OF PUBLIC SAFETY, an incorrect entity erroneously sued and named
111 John Street
New York, New York 10038
212-964-7400
File#: RB-00124

ZACHERY W. CARTER
Corporation Counsel
Attorney for The City of New York
100 Church Street, 4th Floor
New York, New York 10007
Attn:   Elizabeth Bardauskis, Esq.
CITY FILE#: 2014-003527
212-669-4445

Sworn to before me this
19th day of March, 2014

_____
Notary Public

WILLIAM SANYER
Notary Public, State of New York
No. 01SA6084058
Qualified in Kings County
Commission Expires December 2, 2014

_____
Sonia Fernandez