UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

MAKEDA ALLEN-FRANCIS,

                                           Plaintiff,            **NOTICE OF**

                              **APPEARANCE**
              -against-

THE   CITY   OF   NEW   YORK,   RIVERBAY     14-CV-1738 (SAS)
CORPORATION, and CO-OP CITY DEPARTMENT
OF PUBLIC SAFETY,

                                   Defendants.

-------------------------------------------------------------------------------x

               **PLEASE   TAKE   NOTICE** that **Gary Moy**, Assistant Corporation Counsel,

should be listed as counsel of record on behalf of the Corporation Counsel of the City of New

York, Zachary W. Carter, attorney for defendant City of New York.  All future notifications

should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:      New York, New York
           April 7, 2014

                        ZACHARY W. CARTER
                         Corporation Counsel of the City of
                        New York
                        *Attorney for Defendant City of New York*
                        100 Church Street | Room 3-137
                        Tel: (212) 356-3522
                        gmoy@law.nyc.gov

                        By:                    / s/

                        Gary Moy
                        *Assistant Corporation Counsel*
                        Special Federal Litigation Division

cc:   <u>VIA ECF</u>
William J. Sanyer, Esq.
David Horowitz, P.C.
*Attorney for Plaintiff*
276 Fifth Avenue
New York, New York 10001
Tel.: 212-686-3779
E-mail: wjsanyer@aol.com

Michael V. Kuntz, Esq.
Smith, Mazure, Director, Wilkins, Young & Yagerman, P.C.
*Attorney for Defendants Riverbay Corporation and*
  *Co-op City Department of Public Safety*
111 John Street
New York, New York 10038
Tel.: 212-485-8708
E-mail mkuntz@smithmazure.com