UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

Makeda Allen-Francis

Plaintiff,

-v-

Defendant. City of NY Riverbay
Corporation, Co-op City

------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

14 CV 1738 SAS(   )

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  4/8/14
```

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*

_____

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☑ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

_____

☐ All such motions: _____

*Do not check if already referred for general pretrial.

Dated April 7, 2014

SO ORDERED:

_____
United States District Judge

September would be best

Thanks