UNITED STATES DISCTRICT COURT YORK
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MAKEDA ALLEN-FRANCIS,

                      Plaintiff,

-against-

THE CITY OF NEW YORK, RIVERBAY
CORPORATION and CO-OP CITY DEPARTMENT OF
PUBLIC SAFETY,

                      Defendants.
----------------------------------------------------------------X

**DISCLOSURE OF INTERESTED PARTIES**

*Civil Action No.*

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held.

1. None.

Dated: New York, New York
         March 11, 2014

SMITH MAZURE DIRECTOR WILKINS
YOUNG & YAGERMAN, P.C.

_____
MARK S. YAGERMAN (MSY-4928)
For the Firm
Attorneys for Defendants
Riverbay Corporation and Co-op City
Department of Public Safety, an incorrect entity
erroneously sued and named
111 John Street
New York, NY 10038
(212) 964-7400
Our File No. RB-00124

TO:

David Horowitz, P.C.
276 Fifth Avenue, Suite 306
New York, NY 10001
(212) 684-3630/(212) 685-8617 (F)
Attorney for Plaintiff
Makeda Allen Francis

The City of New York
100 Church Street
New York, NY 10007
(212) 669-4445

MSY/nmo
6