RECEIVED MAY 30 2014

RB-00124/MVK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAKEDA ALLEN-FRANCIS,

                        Plaintiff,

-against-

THE CITY OF NEW YORK, RIVERBAY
CORPORATION AND CO-OP CITY
DEPARTMENT OF PUBLIC SAFETY,

                        Defendants.
-----------------------------------------------------------------X

**RESPONSE TO DEFENDANTS' COMBINED DEMANDS**

Index No.: 14 CIV. 1738

Plaintiff, by her attorneys, DAVID HOROWITZ, P.C., as and for a response to Defendants RIVERBAY CORPORATION and CO-OP CITY DEPARTMENT OF PUBLIC SAFETY's Combined Demands dated May 7, 2014, alleges upon information and belief, as follows:

### RESPONSE TO DEMAND FOR AUTHORIZATION FOR SOCIAL SECURITY ADMINISTRATION EARNINGS RECORD STATEMENT

Not applicable.

### RESPONSE TO DEMAND FOR SOCIAL NETWORKING INFORMATION

Plaintiff objects to this demand as not calculated to lead to discoverable information.

### RESPONSE TO DEMAND FOR PHOTOGRAPHS AND MEDIA

Plaintiff is not in possession of any photographs. Annexed is a copy of a video of the incident.

### RESPONSE TO DEMAND FOR MEDICAL RECORDS

Authorizations to obtain Plaintiff's medical records from the following medical providers were previously provided on March 25, 2014:

- Wingspan Psychiatric
  981 Morris Park Avenue
  Suite 2A
  Bronx, New York 10462-3706

- Optima Physical Therapy & Rehabilitation, P.C.
  Dr. Anthony A. Olokungbemi
  4626 White Plains Road
  Bronx, New York 10470

- Haven Counseling Center
  Ruth M. Warwick
  138 Columbus Avenue
  Mount Vernon, NY 10553

- Sound Shore Medical Center of Westchester
  16 Guion Place
  New Rochelle, New York 10801

## RESPONSE TO DEMAND FOR INFORMATION AND DOCUMENTATION PURSUANT TO THE MEDICARE, MEDICAID AND SHIP EXTENSION ACT OF 2007

Annexed is an authorization to obtain Plaintiff's Medicaid records, ID#:TG96026H.

Dated: New York, New York
May 21, 2014

Yours etc.,

_____
WILLIAM SANYER
DAVID HOROWITZ, P.C.
Attorneys for Plaintiff
MAKEDA ALLEN-FRANCIS
276 Fifth Avenue, Suite 306
New York, New York 10001
(212) 684-3630
Our File No. 3599

TO: SMITH, MAZURE, DIRECTOR, WILKINS,
YOUNG & YEGERMAN, P.C.
Attorneys for Defendants
RIVERBAY CORPORATION and CO-OP
CITY DEPARTMENT OF PUBLIC SAFETY

111 John Street
New York, NY 10038
(212) 964-7400

ZACHARY W. CARTER
Corporation Counsel
Attorneys for Defendant
THE CITY OF NEW YORK
100 Church Street
New York, NY 10007
(212) 788-0499

14 Civ. 1738

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAKEDA ALLEN-FRANCIS,

                          Plaintiff,

-against-

THE CITY OF NEW YORK, RIVERBAY
CORPORATION and CO-OP CITY
DEPARTMENT OF PUBLIC SAFETY,

                          Defendants.

---

## RESPONSE TO DEFENDANTS' COMBINED DEMANDS

---

# DAVID HOROWITZ, P.C.

*Attorneys for Plaintiff*
276 Fifth Avenue - Suite 306
New York, New York 10001
212-684-3630

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: May 21, 2014                 Signature: _____
                                                  Print Signer's Name: WILLIAM SANYER

TO:

        Service of a copy of the within

                                                   is hereby admitted.
   Dated,

                 .................................................................
                 Attorney(s) for