UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MAKEDA ALLEN-FRANCIS,

                Plaintiff,

-against-

THE CITY OF NEW YORK, RIVERBAY CORPORATION
and CO-OP CITY DEPARTMENT OF PUBLIC SAFETY,

                Defendants.
----------------------------------------------------------------X

**UNSEALING ORDER**

Index No. 1:14-cv-01738-SAS

WHEREAS the plaintiff, MAKEDA ALLEN-FRANCIS, was arrested on July 6, 2013, resulting in charges for violation of NY PL §240.20 (Disorderly Conduct) in the Criminal Court of the City of New York, County of Bronx, under Docket Number 2013SX069205, and those charges having been dismissed for failure to prosecute on November 27, 2013, and by function of NY CPL §160.50, as a result of the dismissal, those records are now sealed,

AND WHEREAS the plaintiff, MAKEDA ALLEN-FRANCIS, having brought this action alleging civil rights violations by the defendants in her arrest of July 6, 2013, has thereby waived the protections of NY CPL §160.50, and sealing of those records is no longer warranted, it is therefore

ORDERED that all transcripts, minutes, ~~records, documents, summonses, answers, and papers in the file of the Bronx County District Attorney, the Criminal Court of the City of New York, County of Bronx,~~ or any records of any court reporter or stenographer are hereby UNSEALED, for use in this action only, by all parties and their attorneys.

Dated: New York, New York
       November 18, 2014

So Ordered,

Hon. Shira A. Scheindlin, U.S.D.J.