```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
MAKEDA ALLEN-FRANCIS,                      :

                Plaintiff,                 :   14 Civ. 1738(SAS)(HBP)

    -against-                              :   STIPULATION AND
                                               ORDER OF DISMISSAL
THE CITY OF NEW YORK, et al.,              :

                Defendants.                :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/14

It having been reported to this Court that the above entitled action has been settled, it is hereby ORDERED that the above captioned matter be, and the same is, discontinued with prejudice and without costs provided that within thirty (30) days of the date of this Order, the action may be reinstated for good cause shown.

Dated:  New York, New York
        December 22, 2014

CONSENTED TO:

David Horowitz P.C.                        Smith, Mazure, Director,
                                           Wilkins, Young & Yagerman P.C.

_____                    _____
By: William J. Sanyer, Esq.                By: Michael V. Kuntz, Esq.
Attorney for Plaintiff                     Attorney for Defendant
Makeda Allen-Francis                       Riverbay Corporation

Dated:  New York, New York
        December 22, 2014

                                           SO ORDERED:

                                           _____
                                           Hon. Shira A. Scheindlin
                                           United States District Judge

                                           12/23/14